**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
stevem@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs,
GUILLERMO SALAZAR and
ISABELLE SALAZAR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO SALAZAR and ISABELLE SALAZAR,<br><br>Plaintiffs,<br><br>v.<br><br>GLENN E. THOMAS COMPANY INC., a California Corporation d/b/a GLENN E. THOMAS DODGE CHRYSLER JEEP; FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-08114-DSF-PVC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>[Filed Concurrently with Memorandum of Points and Authorities in Support Thereof; Declaration of Steve Mikhov]<br><br>Date: October 4, 2021<br>Time: 1:30 p.m.<br>Dept.: 7D<br><br>Honorable Dale S. Fischer |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **October 4, 2021** at **1:30 p.m.** in Department 7D of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Guillermo Salazar and Isabelle Salazar ("Plaintiffs"), will and hereby do, move this Court for an award of attorney's fees, costs and expenses pursuant to California Civil Code § 1794(d) of the Song-Beverly Consumer Warranty Act ("Song-Beverly Act"). Plaintiffs move this Court as the prevailing party pursuant to the Settlement Offer of Plaintiffs, which Defendants FCA US, LLC and Glenn E. Thomas Company, Inc. dba Glenn E. Thomas Dodge Chrysler Jeep ("Defendants" or "FCA") accepted on May 18, 2021.

Plaintiffs now move for an Order entering Judgment against Defendant FCA US LLC and Glenn E. Thomas Company, Inc. dba Glenn E. Thomas Dodge Chrysler Jeep and in favor of Plaintiffs Guillermo Salazar and Isabelle Salazar in which attorneys' fees under the "lodestar" method in the amount of $30,573.00 are awarded. Plaintiffs also request a modest "lodestar" enhancement of 0.5, in the amount of $15,286.50, for a total of $45,859.50 as the attorney's fees actually and reasonably incurred. Plaintiffs also move this Court for reimbursement of verifiable costs and expenses in the amount of $1,391.50[1]. The total amount requested by this motion is $47,251.00.

///
///
///
///
///
///

---

[1] Plaintiffs are concurrently filing a motion for costs which attaches a bill of costs.

This motion is made following the conference of counsel pursuant to L.R. 7-3 and the Court's standing order on motions for attorney's fees. This motion is based upon the memorandum of points and authorities filed concurrently herewith, upon the declaration filed concurrently herewith, upon such evidence, oral and documentary, that may be presented at the hearing, and upon the entire record of the case.

DATED: September 2, 2021					**KNIGHT LAW GROUP, LLP**

/s/Steve Mikhov
Steve Mikhov (SBN 224676)
Attorney for Plaintiffs,
**GUILLERMO SALAZAR and ISABELLE SALAZAR**