Joint Statement Regarding Plaintiff's Attorney's Fees

| ATTORNEY | DATE | DESCRIPTION | TIME/AMT CHALLENGED | | REDUCE BY | OBJECTION | REASON FOR OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|---|---|---|
| SBM | | Initial communication with clients and evaluation of clients' claims | 1.0 | $550.00 | $550.00 | Improper as the entry is: (1) undated; (2) block billing contrary to Judge's Local Order and case law, in that it combines a communication and evaluation; and, (3) an insufficient description of communications with client and what is being evaluted (*e.g* ., sales contract, repair orders, etc.), contrary to Judge's Local Order. | See FCA's Objection Key Memo at Objections Nos. 1-3 | See Plaintiffs' Responses to FCA's Objections Nos. 1, 3. FCA's Objection No. 2 is regarding block billing but that is not the case with this entry. |
| SBM | | Analyze vehicle documentation | 0.7 | $385.00 | $385.00 | Improper as the entry is: (1) undated. | See FCA's Objection Key Memo at Objection No. 1 | See Plaintiffs' Response to FCA's Objection No. 1. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| SBM | | Communication with Clients re claims and strategy | 0.4 | $220.00 | $220.00 | Improper as the entry is undated | See FCA's Objection Key Memo at Objection No. 1 | See Plaintiffs' Response to FCA's Objection No. 1. |
|---|---|---|---|---|---|---|---|---|
| ALM | 6/25/2020 | Communication with Clients re filing lawsuit | 0.5 | $175.00 | | | | |
| ALM | 6/25/2020 | Draft Complaint | 0.5 | $175.00 | | | | |
| ALM | 6/29/2020 | Review Court Notice of CMC | 0.1 | N/C | | | | |
| ALM | 7/8/2020 | Draft Demand for Jury Trial | 0.1 | $35.00 | | | | |
| ALM | 7/21/2020 | Review meet and confer letter from Defense Counsel re Arbitration | 0.1 | $35.00 | | | | |
| ALM | 7/29/2020 | Review Def's Answer to Complaint | 0.3 | $105.00 | | | | |
| ALM | 7/29/2020 | Review Def's Motion to Compel Arbitration | 0.2 | $70.00 | | | | |
| ALM | 8/4/2020 | Review and sign Request for Dismissal of Glenn E. Thomas Dodge Chrysler Jeep | 0.1 | $35.00 | | | | |
| ALM | 8/4/2020 | Review Def's Withdrawal of Motion to Compel Arbitration | 0.1 | $35.00 | | | | |
| ALM | 9/8/2020 | Review Def's Notice of Removal; Civil Coversheet; Certification of Interested Parties; Notice to State Court of Removal | 0.6 | $210.00 | | | | |
| ALM | 9/8/2020 | Review Def's Notice of Appearance of Spencer Hugret | 0.1 | N/C | | | | |
| SBM | 9/9/2020 | Review and revise Def's 998 Offer to Compromise | 0.2 | $110.00 | | | | |

Joint Statement Regarding Plaintiff's Attorney's Fees

| AJ | 9/10/2020 | Research on federal jdx amount in controversy in regards to attorney's fees | 2.8 | $560.00 | $160.00 | Excessive fees: 7.3 hours (this entry and the 9.11.20 entry) of research on a single issue is excessive and unreasonable, it is block billing contrary to Judge's Local Order and case law as the attorney did not spend 7.3 hours looking at the same source, and an insufficient description of the research contrary to Judge's Local Order | Reduced to 2 hours total - See FCA's Objection Key Memo at Objection Nos. 2, 3, and 5 | See Plaintiffs' Responses to FCA's Objections Nos. 2, 3 and 5. This entry is also not an instance of block billing as there is one task billed in this entry for research. These fees are not excessive either. FCA offers no evidence to support its position that that fees are excessive. See Etcheson v. FCA US LLC, 30 Cal. App. 5th at 838 (stating that the defendant must "establish with legal authority or otherwise what hours and rates would be considered reasonable …."). Under the Adverse Inference Rule, the Court may thus conclude, based on Defendant's failure to produce its counsel's records, that Defendant counsel billed the same or more time for equivalent tasks. |

| SBM | 9/10/2020 | Communication with Client re settlement and recent offer by FCA | 0.4 | $220.00 | $220.00 | Insufficient description of communications with client contrary to Judge's Local Order (Nine out of the 21 "communications with client" entries involve settlement, this is not suffiecient without more description) | See FCA's Objection Key Memo at Objection No. 3 | See Plaintiffs' Responses to FCA's Objections No. 3 |
|---|---|---|---|---|---|---|---|---|

Joint Statement Regarding Plaintiff's Attorney's Fees

| AJ | 9/11/2020 | Continue research on federal jdx amount in controversy in regards to attorney's fees | 4.5 | $900.00 | $900.00 | 7.3 hours (this entry and the 9.10.20 entry) of research on a single issue is excessive and unreasonable, it is block billing contrary to Judge's Local Order and case law as the attorney did not spend 7.3 hours looking at the same source, and an insufficient description of the research contrary to Judge's Local Order | Reduced to 2 hours total - See FCA's Objection Key Memo at Objection Nos. 2, 3, and 5 | See Plaintiffs' Responses to FCA's Objections Nos. 2, 3 and 5. This entry is also not an instance of block billing as there is one task billed in this entry for research. These fees are not excessive either. FCA offers no evidence to support its position that that fees are excessive. See Etcheson v. FCA US LLC, 30 Cal. App. 5th at 838 (stating that the defendant must "establish with legal authority or otherwise what hours and rates would be considered reasonable ...."). Under the Adverse Inference Rule, the Court may thus conclude, based on Defendant's failure to produce its counsel's records, that Defendant counsel billed the same or more time for equivalent tasks. |
| ALM | 9/11/2020 | Meeting with Marisa; Discuss Opposing Counsel withdrawal of Defendant's 998 offer | 0.2 | $70.00 | | | | |
| SBM | 9/11/2020 | Review and revise Def's Offer of Judgement persuant to Fed. R. CIV. P. 68 | 0.2 | $110.00 | | | | |

| SBM | 9/12/2020 | Communication with Clients re settlement and recent offer by FCA | 0.3 | $165.00 | $165.00 | Insufficient description of communications with client contrary to Judge's Local Order-Plaintiff is seeking nearly 1/4 of the fees, $4,582.00, for time entries that involve "communications with clients." Along with other issues pertaining to these entries, the descriptions provided for the communications are superficial. Nine of the 21 entries are relating communications relating to "settlement" (i.e., 9.10.20, 9.12.20, 9.25.20, 9.25.20, 10.14.20, 10.16.20, 2.18.21, 3.27.21, 5.18.21). This is simply insufficient especially when there are multiple entries on the same day (without differing descriptions) | See FCA's Objection Key Memo at Objection No. 3 | See Plaintiffs' Response to FCA's Objection No. 3. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AJ | 9/17/2020 | Draft rule 26(f) report | 3.4 | $680.00 | $340.00 | Excessive and unreasonable; it does not take this amount of time to draft a Rule 26(f) Report especially when said report is almost duplictive of prior Rule 26(f) Report filed by Plaintiff's counsel in Federal Court. | Reduced lines 23 and 24 to 1.7 hours total - See FCA's Objection Key Memo at Objection No. 5 | See Plaintiffs' Response to FCA's Objection No. 5. |
| MC | 9/18/2020 | Review/Edit 26f Report | 1.1 | $330.00 | $330.00 | Excessive and unreasonable; it does not take this amount of time to draft a Rule 26(f) Report especially when said report is almost duplictive of prior Rule 26(f) Report filed by Plaintiff's counsel in Federal Court. | Reduced to 2 hours total - See FCA's Objection Key Memo at Objection No. 5 | See Plaintiffs' Response to FCA's Objection No. 5. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MM | 9/25/2020 | Communication with Clients re settlement | 0.4 | $90.00 | $90.00 | Insufficient description of communications with client contrary to Judge's Local Order | See Objection and Reason for Objection at Lines 18 and 22 | See Plaintiffs' Response to FCA's Objection No. 3. |
| MM | 9/25/2020 | Communication with Clients re settlement | 0.2 | $45.00 | $45.00 | Insufficient description of communications with client contrary to Judge's Local Order | See Objection and Reason for Objection at Lines 18 and 22 | See Plaintiffs' Response to FCA's Objection No. 3. |
| MC | 9/25/2020 | Draft/Edit/Review/Finalize Initial Disclosur | 1.5 | $450.00 | | | | |
| MC | 9/27/2020 | Finalize Initial Disclosures | 0.6 | $180.00 | | | | |
| MC | 9/30/2020 | Call with Opposing Counsel to meet and confer re 26(f) Report | 0.4 | $120.00 | | | | |
| NF | 10/5/2020 | Review Def's Document Production for edits and redactions | 0.2 | N/C | | | | |
| MM | 10/14/2020 | Communication with Clients re settlement and strategy as to the same | 0.3 | $67.50 | $67.50 | Insufficient description of communications with client contrary to Judge's Local Order | See Objection and Reason for Objection at Lines 18 and 22 | See Plaintiffs' Response to FCA's Objection No. 3. |

| MM | 10/14/2020 | Prepare Ptf's Settlement Offer | 0.2 | $45.00 | $45.00 | Plaintiff offered to settle this matter for the same exact amount FCA offered on 9/11/20; all fees incurred after are unreasonable. Fees drafting a settlement offer for the same amount are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 10/15/2020 | Review and sign Ptf's Settlement Offer | 0.1 | $35.00 | $35.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Fees drafting a settlement offer for the same amount are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| MM | 10/15/2020 | Review Def's Offer to Compromise; Draft Objections | 0.2 | $45.00 | $45.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 10/15/2020 | Review and sign Objection to Def's Offer | 0.1 | $35.00 | $35.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 10/16/2020 | Communication with Client re settlment | 0.2 | $70.00 | $70.00 | Insufficient description of communications with client contrary to Judge's Local Order | See Objection and Reason for Objection at Lines 18 and 22. | See Plaintiffs' Response to FCA's Objection No. 3. |
| ALM | 10/19/2020 | Edit Rule 26f Report following Opposing Counsel's edits and finalize for filing | 0.5 | $175.00 | $175.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MC | 10/19/2020 | Compose correspondence to Opposing Counsel to meet and confer re 26f report | 0.3 | $90.00 | $90.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 10/19/2020 | Review Def's Rule 26(f) Initial Disclosures | 0.6 | $180.00 | $180.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 10/20/2020 | Review of 26f report to make sure it complied iwth the OSC | 0.9 | $270.00 | $270.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 10/20/2020 | Finalize all docs to file response to OSC | 0.2 | $60.00 | $60.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| MC | 10/20/2020 | Compose email to meet and confer with Opposing Counsel re OSC | 0.2 | $60.00 | $60.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 10/21/2020 | Draft Declaration in Response to OSC | 0.1 | $30.00 | $30.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 10/22/2020 | Review Court Order re ADR | 0.1 | N/C | | | | |
| MC | 11/2/2020 | Compose email to Defense in response to extension request re R68 | 0.2 | $60.00 | $60.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 11/20/2020 | Draft Declaration in Response to CMC | 0.1 | $35.00 | $35.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Case 2:20-cv-08114-DSF-PVC   Document 32-3   Filed 09/02/21   Page 13 of 43   Page ID
Joint Statement Regarding Plaintiff's Attorney's Fees
#916

| MC | 11/30/2020 | Draft Ptf's RFP to Deft | 0.9 | $270.00 | $270.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 11/30/2020 | Draft Ptf's Special ROGs to Deft | 0.7 | $210.00 | $210.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 11/30/2020 | Draft Ptf's RFA to Deft | 0.5 | $150.00 | $150.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 11/30/2020 | Review and revise letter to Defense enclosing Ptf's discovery requests | 0.1 | $30.00 | $30.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

| HA | 12/17/2020 | Review Def's RFP to Guillermo S. | 0.3 | $97.50 | $97.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| HA | 12/17/2020 | Review Def's RFA to Guillermo S. | 0.3 | $97.50 | $97.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| HA | 12/17/2020 | Review Def's ROGs to Guillermo S. | 0.2 | $65.00 | $65.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| HA | 12/17/2020 | Prepare discovery requests to send to Clients in preparation of drafting responses(0.2); Communication with Clients (0.3) | 0.5 | $162.50 | $162.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable.Improper as the entry is block billing contrary to Judge's Local Order and case law, and an insufficient description of communications with client contrary to Judge's Local Order; it is also a cerical entry. | See FCA's Objection Key Memo at Objection Nos. 2, 3, 4 and 6. | See Plaintiffs' Response to FCA's Objection Nos. 2, 3, & 6. |
| KT | 1/15/2021 | Draft email to defense counsel re Plaintiff discovery responses | 0.4 | N/C | | | | |
| MC | 2/3/2021 | Review and analyze Deft's Responses to Form ROGs | 0.8 | $276.00 | $276.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Case 2:20-cv-08114-DSF-PVC   Document 32-3   Filed 09/02/21   Page 16 of 43   Page ID
#:198
Joint Statement Regarding Plaintiff's Attorney's Fees

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MC | 2/3/2021 | Review and analyze Deft's Responses to RFA | 0.7 | $241.50 | $241.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 2/4/2021 | Review and analyze Deft's Responses to RFP | 1.9 | $655.50 | $655.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable; These fees are excessive in that a review of responses does not take 1.9 hours. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 5-6. |
| MC | 2/4/2021 | Review and analyze Def's Document Production | 0.2 | $69.00 | $69.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| HA | 2/12/2021 | Review responses and documents provided by Clients to discovery requests to draft responses; Communication with Clients | 0.9 | $292.50 | $292.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| HA | 2/12/2021 | Draft Guillermo S.'s response to RFP | 0.9 | $292.50 | $292.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| HA | 2/12/2021 | Draft Guillermo S.'s response to RFA | 1.0 | $325.00 | $325.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| HA | 2/12/2021 | Draft Guillermo S.'s response to ROG | 0.8 | $260.00 | $260.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| HA | 2/12/2021 | Review and revise letter to Defense enclosing Ptf's discovery | 0.1 | $32.50 | $32.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| ALM | 2/18/2021 | Communication with Client re settlement and strategy as to same | 0.2 | $80.00 | $80.00 | Insufficient description of communications with client contrary to Judge's Local Order | See Objection and Reason for Objection at lines 18 and 22 and FCA'a Objection Key Memo at Objection No. 6. | See Plaintiffs' Response to FCA's Objection Nos. 3 & 6. |
| ALM | 2/19/2021 | Draft Ptf's Settlement Offer | 0.2 | $80.00 | $80.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Unreasonable to draft another settlement offer for the same amount. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| AJ | 2/24/2021 | Revise meet and confer letter re discovery | 0.5 | N/C | | | | |
| MC | 3/16/2021 | Review/Edit/Finalize Meet and Confer letter re disco responses | 0.5 | N/C | | | | |

| MC | 3/16/2021 | Draft Depo Subp and NOD of Glenn E. Thomas Dodge Chrysler Jeep's PMQ and Personnel (4 NODs) | 0.3 | $103.50 | $103.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Aditionally, this is a clerical task. | See FCA's Objection Key Memo at Objection Nos. 4 and 6. | See Plaintiffs' Response to FCA's Objection Nos. 4 & 6. |
| MC | 3/22/2021 | Review Correspondence from Opposing Counsel re settlement | 0.8 | $276.00 | $172.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable.Moreover, the letter in question was 2 pages and recapped FCA's attempts to resolve the case; 48 minutes to read it is excessive and unreasonable. | See FCA's Objection Key Memo at Objection Nos. 5 and 6. | See Plaintiffs' Response to FCA's Objection Nos. 5 & 6. |

| MC | 3/22/2021 | Review incoming correspondence from Opposing Counsel on settlement/prior offers | 0.4 | $138.00 | $138.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Duplicative to above entry, unreasonable, Letter in question was 2 pages and recapped FCA's attempts to resolve the case; 48 minutes to read it is excessive and unreasonable | | See Plaintiffs' Response to FCA's Objection Nos. 5 & 6. |
| MC | 3/23/2021 | Call with Opposing Counsel re Meet and Confer re settlement | 0.6 | $207.00 | $207.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | |

| MC | 3/23/2021 | Email to Opposing Counsel re meet and confer on settlement | 0.1 | $34.50 | $34.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | |
| RK | 3/23/2021 | Review and analyze letter for K. Vilchez re FCA's refusal to settle; drafted email/analysis to M. Colon re response | 0.4 | $180.00 | $180.00 | Duplicative to above entry, unreasonable, Letter in question was 2 pages and recapped FCA's attempts to resolve the case; 48 minutes to read it is excessive and unreasonable | See FCA's Objection Key Memo at Objection Nos. 5 and 6. | See Plaintiffs' Response to FCA's Objection No. 5. |
| MC | 3/24/2021 | Compose correspondence to Opposing Counsel in response to OC letter on settlement | 0.5 | $172.50 | $172.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Case 2:20-cv-08114-DSF-PVC   Document 32-3   Filed 09/02/21   Page 22 of 43   Page ID
Joint Statement Regarding Plaintiff's Attorney's Fees
#:925

| MC | 3/24/2021 | Review and draft Plaintiff settlement offer | 0.5 | $172.50 | $172.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 3/24/2021 | Meeting with Maite; Discuss status of settlement | 0.2 | $80.00 | $80.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| RK | 3/26/2021 | Reviewe email from A. Maclear re settlement / Rule 68, responded to same | 0.4 | $180.00 | $360.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Excessive and Unreasonable; The email in question was two sentences; improper block billing. | See FCA's Objection Key Memo at Objection Nos. 2, 5 and 6. | See Plaintiffs' Response to FCA's Objection Nos. 2, 5 & 6. |

| RK | 3/26/2021 | Review email from opposing counsel re settlement, respond to the same | 0.2 | $90.00 | $90.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Excessive and Unreasonable; The email in question was one sentence. | See FCA's Objection Key Memo at Objection Nos. 5 and 6. | See Plaintiffs' Response to FCA's Objection No. 5. |
| ALM | 3/26/2021 | Read and review email exchange between RK/opposing counsel re status of settlement | 0.2 | $80.00 | $80.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| SBM | 3/26/2021 | Review and revise Def's Offer of Judgement persuant to Fed. R. CIV. P. 68 | 0.2 | $110.00 | $110.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6. | See Plaintiffs' Response to FCA's Objection No.6. |
| SBM | 3/27/2021 | Communication with Clients re settlement and recent offer by FCA | 0.3 | $165.00 | $165.00 | Insufficient description of communications with client contrary to Judge's Local Order | See Objection and Reason for Objection at 18 and 22. | See Plaintiffs' Response to FCA's Objection No. 3. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| ALM | 3/29/2021 | Read and review email from RK to opposing counsel re issues with settlement | 0.2 | $80.00 | $80.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6. | See Plaintiffs' Response to FCA's Objection No. 6. |
|---|---|---|---|---|---|---|---|---|
| MC | 4/9/2021 | Draft NOD of Deft's PMK and cover letter | 0.2 | $69.00 | $69.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6. | See Plaintiffs' Response to FCA's Objection No. 6. |
| MM | 4/14/2021 | Communication with Clients re settlement | 0.5 | $147.50 | $147.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Insufficient description of communications with client contrary to Judge's Local Order | See Objection and Reason for Objection at lines 18 and 22. | See Plaintiffs' Response to FCA's Objection No. 3. |

| MC | 4/19/2021 | Review Def's Objection to NOD of Glenn E. Thomas Dodge Chrysler Jee's PMQ and Personnel (4 Objections) | 0.2 | $69.00 | $69.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 4/21/2021 | Draft Amended Depo Subp and NOD of Glenn E. Thomas Dodge Chrysler Jeep's PMQ and Personnel (4 NODs) | 0.2 | $69.00 | $69.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 4/27/2021 | Review Def's NOD of Isabel S. | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 4/27/2021 | Review Def's NOD of Guillermo S. | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| ALM | 4/28/2021 | Communication with Clients re update in case and depositions | 0.3 | $120.00 | $120.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 4/29/2021 | Review letter from Defense Counsel re Preservation of Subject Vehicle | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 4/29/2021 | Draft Objection to Def's NOD of Guillermo S. | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 4/29/2021 | Draft Objection to Def's NOD of Isabel S. | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| ALM | 5/4/2021 | Meeting with RK; Discuss status of scheduling mediation | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| GM | 5/5/2021 | Prepare for clients' depositions on 5/6 by reviewing the notice of deposition, RO summary, plaintiff's document production and discovery responses | 1.7 | $722.50 | $722.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| GM | 5/5/2021 | Communication with Clients re appearing for deposition and prep | 1.1 | $467.50 | $467.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| HA | 5/6/2021 | Prepare Ptf's Doc Production | 0.1 | $32.50 | $32.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GM | 5/6/2021 | Communication with Clients re appearing for deposition and prep | 0.9 | $382.50 | $382.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable; Excessive as it is duplicative of 5/5 entry; | See FCA's Objection Key Memo at Objection Nos. 3, 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 3, 5 & 6. |
| GM | 5/6/2021 | First part of Client Guillermo Salazar, suspended midway | 4.2 | $1,785.00 | $1,785.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| GM | 5/6/2021 | Communication with Client re continuing deposition and steps moving forward | 0.9 | $382.50 | $382.50 | Deposition was not suspended, it just did not complete. As such, this additional approximate hour is excessive and unecessary.  FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 5 & 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| GM | 5/7/2021 | Email exchange with opposing counsel regarding new deposition on 5/27 | 0.3 | $127.50 | $127.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
|---|---|---|---|---|---|---|---|---|
| GM | 5/7/2021 | Communication with Clients re continuing depostions and steps moving forward | 0.4 | $170.00 | $170.00 | Deposition was not suspended, it just did not complete. As such, this additional approximate 1/2 hour is excessive and unecessary; it is also duplicative of the entry on 5/6.FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 5 & 6. |
| ALM | 5/12/2021 | Meeting with Maite; Discuss issue re opposing counsel re-noticing deposition of Plaintiffs | 0.2 | $80.00 | $80.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| ALM | 5/12/2021 | Review Def's Amended NOD of Isabel S. | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 5/12/2021 | Review Def's Amended NOD of Guillermo S. | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 5/14/2021 | Review Def's Objection to Amended NOD of Glenn E. Thomas Dodge Chrysler Jee's PMQ and Personnel (4 Objections) | 0.2 | $69.00 | $69.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| ALM | 5/18/2021 | Meeting with Maite; Discuss status of settlement | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

| ALM | 5/18/2021 | Meeting with Greg M.; Discuss email from opposing counsel requesting cancel upcoming deposition of Defendant's dealership personnel in light of pending settlement | 0.2 | $80.00 | $80.00 | This is excessive as it is unclear what one attorney had to tell another to email defense counsel. FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 5/18/2021 | Draft Plaintiff settlement demand | 0.4 | $138.00 | $138.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6. | See Plaintiffs' Response to FCA's Objection No. 6. |

| MC | 5/18/2021 | Communication with Clients re settlement | 1.1 | $379.50 | $379.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Insufficient description of communications with client contrary to Judge's Local Order | See Objection and Reason for Objection at lines 18 and 22. | See Plaintiffs' Response to FCA's Objection No. 3. |
| ALM | 5/18/2021 | Review and sign Ptf's Settlement Offer | 0.1 | $40.00 | $40.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6. | See Plaintiffs' Response to FCA's Objection No. 6. |

Case 2:20-cv-08114-DSF-PVC   Document 32-3   Filed 09/02/21   Page 33 of 43   Page ID
#:936
Joint Statement Regarding Plaintiff's Attorney's Fees

| ALM | 5/18/2021 | Review Executed Settlement Offer (0.1); Communication with Client re same (0.2) | 0.3 | $120.00 | $120.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable; block billing; Insufficient description of communications with client contrary to Judge's Local Order | See FCA's Objection Key Memo at Objection Nos. 2, 3 and 6. | See Plaintiffs' Response to FCA's Objection Nos. 2, 3 and 6. |
|---|---|---|---|---|---|---|---|---|
| DK | 5/19/2021 | Email exchange correspondence with opposing counsel re demand for fees, costs and expenses | 0.2 | N/C | | | | |
| DK | 5/25/2021 | Email exchange with Opposing Counsel re | 0.1 | N/C | | | | |
| DK | 5/26/2021 | Email correspondence with Opposing Counsel re stipulating to reopen matter for a limited purpose re fees, costs and expenses | 0.3 | N/C | | | | |
| DK | 5/26/2021 | Received and reviewed Court Order re Dismissal | 0.1 | N/C | | | | |
| SBM | 5/27/2021 | Review and audit billing | 0.3 | $165.00 | $165.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Case 2:20-cv-08114-DSF-PVC   Document 32-3   Filed 09/02/21   Page 34 of 43   Page ID
#:937
Joint Statement Regarding Plaintiff's Attorney's Fees

| DK | 6/2/2021 | Prepared substantive correspondence to opposing counsel with invoices and evidence attached re meet and confer as to Plaintiff's attorneys' fees, costs and expenses | 0.3 | $88.50 | $88.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
|---|---|---|---|---|---|---|---|---|
| DK | 6/4/2021 | Email correspondence with opposing counsel re fees, costs and expenses | 0.2 | $59.00 | $59.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| DK | 6/8/2021 | Exchanged email communication with opposing counsel re Plaintiffs' attorney's fees, costs and expenses | 0.3 | $88.50 | $88.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| DK | 6/10/2021 | Received, reviewed and analyzed FCA's spreadsheet with objections and reasons to specific entries in our fee invoice in anticipation of zoom meet and confer | 0.3 | $88.50 | $88.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Case 2:20-cv-08114-DSF-PVC   Document 32-3   Filed 09/02/21   Page 35 of 43   Page ID
#:938
Joint Statement Regarding Plaintiff's Attorney's Fees

| DK | 6/10/2021 | Video conference with opposing counsel re meet and confer as to Plaintiffs' attorney fees, costs and expenses | 0.6 | $177.00 | $177.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
|----|-----------|----|-----|---------|---------|----|----|----|
| DK | 6/16/2021 | Prepared substantive email correspondence to opposing counsel re follow-up from meet and confer zoom conference as to fees and costs, responses to objections, and revisions to fee invoice made, | 0.9 | $265.50 | $265.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| DK | 6/22/2021 | Received and reviewed substantive correspondence from FCA re objections and challenges to Plaintiffs' fees, costs and expenses, and prepared a substantive response re the same | 1.6 | $472.00 | $472.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| DK | 6/22/2021 | Commenced preparing Key Memorandum re responses to Defendant's objections to Plaintiffs' Excel Sheet re: Fee Requests | 0.7 | $206.50 | $206.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| DK | 6/23/2021 | Completed preparing Key Memorandum re responses to Defendant's objections to Plaintiffs' Excel Sheet re: Fee Requests | 0.9 | $265.50 | $265.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| DK | 6/23/2021 | Prepared responses in joint excel sheet to FCA's Objections to Plaintiffs' Fees | 0.4 | $118.00 | $118.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| JWC | 7/6/2021 | Further meet and confer on fees, costs and expenses | 0.2 | $85.00 | $85.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| JWC | 7/7/2021 | Continue to meet and confer on fees, costs and expenses | 0.2 | $85.00 | $85.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DK | 7/15/2021 | Email correspondence to opposing counsel re motion to reopen to have our fees, costs and expenses heard | 0.4 | $118.00 | $118.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| DK | 7/15/2021 | Prepared Motion to Reopen including Notice, Memorandum, Declaration and Proposed Order | 2.4 | $708.00 | $708.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| DK | 7/16/2021 | Further edited and executed Plaintiffs' Motion to Reopen including memo and declaration | 0.3 | $88.50 | $88.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 7/19/2021 | Edit/Finalize MTN to reopen for filing | 0.7 | $241.50 | $241.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MC | 7/29/2021 | Meeting with AJ to discuss assginment to Draft reply to Plaintiffs' Motion to Reopen, discuss issues and main arguments | 0.7 | $241.50 | $241.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| AJ | 7/30/2021 | Draft Reply to Opposition to Motion to Reopen | 2.7 | $675.00 | $675.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| AJ | 8/2/2021 | Revise and finalize Reply to Opposition to Motion to Reopen | 0.6 | $150.00 | $150.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| MC | 8/10/2021 | Review Court Order Granting Motion to reopen | 0.1 | $34.50 | $34.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

Case 2:20-cv-08114-DSF-PVC   Document 32-3   Filed 09/02/21   Page 39 of 43   Page ID
#:949
Joint Statement Regarding Plaintiff's Attorney's Fees

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JWC | 8/23/2021 | Revise billing grid and email opposing counsel re joint statement | 0.3 | $127.50 | $127.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| JWC | 8/24/2021 | Continue to meet and confer on fees and costs | 0.1 | $42.50 | $42.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
| JWC | 8/27/2021 | Review additional objections to billing records by OC. Ask for word version to be able to respond | 0.2 | $85.00 | $85.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JWC | 8/30/2021 | Draft motion for attorney's fees, costs, and expenses and supporting declaration | 4.2 | $1,785.00 | $1,785.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable.Duplicative to next entry and excessive. If the Court awards anything, collective time should be cut to four hours. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 5-6. |
| JWC | 8/30/2021 | Draft motion for costs and expenses and supporting declaration | 2.3 | $977.50 | $977.50 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Duplicative to prior entry and excessive. If the Court awards anything, collective time should be cut to four hours. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 5-6. |

Joint Statement Regarding Plaintiff's Attorney's Fees

| JWC | | TBD | Review Def's Opposition to Motion for Attorney's Fees (Anticipated) | | 1.0 | $425.00 | $425.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Duplicative to next entry and excessive. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 5-6. |
| JWC | | TBD | Review Def's Opposition to Motion for Costs and Expenses (Anticipated) | | 1.0 | $425.00 | $425.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Duplicative to prior entry and excessive. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 5-6. |

| | | | 4.0 | $1,700.00 | $1,700.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Duplicative to next entry.  Seven hours is excessive.  If the Court awards anything, the hours should collectively be cut to three. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 5-6. |
| JWC | TBD | Draft Reply to Opposition to Motion for Attorney's Fees (Anticipated) | | | | | | |
| | | | 3.0 | $1,275.00 | $1,275.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. Duplicative to prior entry.  Seven hours is excessive.  If the Court awards anything, the hours should collectively be cut to three. | See FCA's Objection Key Memo at Objection Nos. 5 and 6 | See Plaintiffs' Response to FCA's Objection Nos. 5-6. |
| JWC | TBD | Draft Reply to Opposition to Motion for Costs and Expenses (Anticipated) | | | | | | |

Joint Statement Regarding Plaintiff's Attorney's Fees

| | | | 1.0 | $425.00 | $425.00 | FCA offered to settle for the same amount on 9/11/20; all fees incurred after are unreasonable. | See FCA's Objection Key Memo at Objection No. 6 | See Plaintiffs' Response to FCA's Objection No. 6. |
|---|---|---|---|---|---|---|---|---|
| JWC | TBD | Prepare for and appear at hearing on Motion for Attorney's Fees and Motion for Costs and Expenses (Telephonically) (Anticipated) | | | | | | |
| | | Total Attorney Fees | 87.8 | $30,573.00 | $27,994.50 | | | |

**Billing Rate Summary**

| Avg/Hr | Initials | Attorney/Staff | Hours | Amount |
|---|---|---|---|---|
| $200.00 | AJ | Andrew Jang | 10.7 | $2,140.00 |
| $250.00 | AJ | Andrew Jang | 3.3 | $825.00 |
| $350.00 | ALM | Amy Morse | 3.7 | $1,295.00 |
| $400.00 | ALM | Amy Morse | 3.0 | $1,200.00 |
| $295.00 | DK | Daniel Kalinowski | 9.3 | $2,743.50 |
| $425.00 | GM | Greg Mohrman | 9.5 | $4,037.50 |
| $325.00 | HA | Heidi Alexander | 5.1 | $1,657.50 |
| $425.00 | JWC | Jacob Cutler | 17.5 | $7,437.50 |
| $300.00 | MC | Maite Colón | 8.3 | $2,490.00 |
| $345.00 | MC | Maite Colón | 10.6 | $3,657.00 |
| $225.00 | MM | Marisa Melero | 1.3 | $292.50 |
| $295.00 | MM | Marisa Melero | 0.5 | $147.50 |
| $450.00 | RK | Roger Kirnos | 1.0 | $450.00 |
| $550.00 | SBM | Steve Mikhov | 4.0 | $2,200.00 |